IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL GOLDEN and CATHLEEN GOLDEN, | § § § | |
| Plaintiffs, | § § § | |
| VS. | § § | CIVIL ACTION NO. H-09-817 |
| AUSTIN COUNTY SHERIFF'S DEPARTMENT, *et al.*, | § § § § | |
| Defendants. | § | |

**ORDER**

The plaintiffs must submit their response to the defendants' opposed Motion for Extension of Time Deadlines no later than **September 11, 2009.**

SIGNED on September 8, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge