# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL GOLDEN and CATHLEEN GOLDEN, | § § § § | |
| Plaintiffs, | § § § | |
| VS. | § | CIVIL ACTION NO. H-09-817 |
| AUSTIN COUNTY SHERIFF'S DEPARTMENT, *et al.*, | § § § § | |
| Defendants. | § | |

## ORDER

The unopposed motion for continuance, (Docket Entry No. 56), is granted. The dispositive motion deadline is extended to **October 19, 2009.**

SIGNED on September 30, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge