IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL GOLDEN and CATHLEEN GOLDEN, | § § § | |
| Plaintiffs, | § § § | |
| VS. | § | CIVIL ACTION NO. H-09-817 |
| AUSTIN COUNTY SHERIFF'S DEPARTMENT, *et al.*, | § § § § | |
| Defendants. | § | |

**ORDER**

The defendants unopposed motion to reset the scheduling conference, (Docket Entry No. 68), is granted. The scheduling conference is reset to **November 22, 2010, at 2:00 p.m.**, in Courtroom 11-B.

SIGNED on October 13, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge